**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1581**

THE LEISER LAW FIRM, PLLC,

        Plaintiff - Appellant,

     v.

THE SUPREME COURT OF VIRGINIA; THE CIRCUIT COURT OF FAIRFAX
COUNTY, VIRGINIA; HONORABLE BRETT A. KASSABIAN, Judge,
Circuit Court of Fairfax County, Virginia; CHIEF JUSTICE
DONALD W. LEMONS,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Liam O'Grady, District
Judge.  (1:14-cv-00407-LO-TCB)

Submitted:  December 30, 2015     Decided:  February 5, 2016

Before MOTZ, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip Ben-Zion Leiser, LEISER LAW FIRM, PLLC, Tysons Corner,
Virginia, for Appellant.  Mark R. Herring, Attorney General of
Virginia, Rhodes B. Ritenour, Deputy Attorney General, Ronald N.
Regnery, Senior Assistant Attorney General/Chief, Nicholas F.
Simopoulos, Assistant Attorney General/Unit Manager, Erin R.
McNeill, Assistant Attorney General, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Leiser Law Firm, PLLC, appeals the district court's order granting the motion to dismiss its civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Leiser Law Firm, PLLC v. Supreme Ct. of Va., No. 1:14-cv-00407-LO-TCB (E.D. Va. Apr. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED